UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Deutsche Bank National Trust Company, as trustee of Argent Mortgage Securities, Inc. Asset Backed Pass Through Certificates, Series 2006-W3 under the Pooling and Servicing Agreement Dated as of March 1, 2006, Without Recourse**<br><br>**Plaintiff,**<br><br>vs.<br><br>**Frances Burton, et al.**<br><br>**Defendants.** | Case No. 1:07-cv-00979<br><br>Judge Ann Aldrich<br><br>**JUDGMENT** |

UNITED STATES DISTRICT JUDGE ANN ALDRICH

The Court having contemporaneously entered its Default Judgment and Decree of Foreclosure, this action is accordingly terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

DATE:  7-17-07

                                         s/Ann Aldrich
                                         Judge Ann Aldrich
                                         UNITED STATES DISTRICT JUDGE